**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BAUER-GRIFFIN, LLC,

*Plaintiff*,

v.

GAMMA MEDIA HOLDINGS, LLC et al.,

*Defendants*.

Case No. 2:26-cv-7705-BFM

*Hon. Brianna Fuller Mircheff*

**ORDER GRANTING STIPULATION TO FILE AN AMENDED COMPLAINT AND TO SET SCHEDULE FOR RESPONSE TO AMENDED COMPLAINT**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

The Stipulation is GRANTED. Plaintiff is granted leave to file the First Amended Complaint attached to the Stipulation. Plaintiff is to file the First Amended Complaint within five days. Defendants Gamma Media Holdings, LLC and Vydia Inc. are to respond to the First Amended Complaint within 21 days of its filing or October 5, 2026, whichever is later.

**SO ORDERED.**

Dated: September 14, 2026

Brianna Fuller Mircheff, U.S. Magistrate Judge