Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower Street
Suite 1800
Los Angeles, CA 90071
Telephone: (213) 340-5796

Attorneys for Plaintiff
BAUER-GRIFFIN, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAUER-GRIFFIN, LLC,<br>*Plaintiff*,<br>v.<br>GAMMA MEDIA HOLDINGS, LLC et al.,<br>*Defendants*. | Case No. 2:26-cv-7705-BFM<br>*Hon. Brianna Fuller Mircheff*<br>**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT VYDIA, INC.** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Bauer-Griffin, LLC hereby voluntarily dismisses the above-captioned action, with prejudice, as to defendant Vydia, Inc. only. Solely as to each other, plaintiff and Vydia bear their own fees and costs.

Dated: October 6, 2026

Respectfully submitted,

**PERKOWSKI LEGAL, PC**

By: /s/ Peter Perkowski
Peter E. Perkowski

Attorneys for Plaintiff
BAUER-GRIFFIN, LLC