Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower Street
Suite 1800
Los Angeles, California 90071
Tel.: (213) 340-5796

Attorneys for Plaintiff
BAUER-GRIFFIN, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAUER-GRIFFIN, LLC,<br>*Plaintiff*,<br>v.<br>GAMMA MEDIA HOLDINGS, LLC et al.,<br>*Defendants*. | Case No. 2:26-cv-07705-BFM<br>*Hon. Brianna Fuller Mircheff*<br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL:

Under Rule 4l(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Bauer-Griffin, LLC hereby voluntarily dismisses Defendant Gamma Media Holdings, LLC. The dismissal is without prejudice.

Dated: November 9, 2026

Respectfully submitted,

**PERKOWSKI LEGAL, PC**

By: /s/ Peter Perkowski
Peter E. Perkowski
Attorneys for Plaintiff